IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| 3 COUNTY FARMS, on behalf of intself and all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>SYNGENTA SEEDS, INC., SYNGENTA CORPORATION, AND SYNGENTA CROP PROTECTION, LLC,<br><br>   *Defendants*. | Civil Action No. 4:14-cv-153-DMB-JMV |

**ORDER GRANTING JOINT MOTION FOR STAY PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

Upon considering the Parties' Joint Motion To Stay Pending Transfer By Judicial Panel On Multidistrict Litigation, it is ORDERED that the Motion is GRANTED as follows: All proceedings in this case are STAYED until the earlier of the passage of ninety days from today or until the Judicial Panel on Multidistrict Litigation determines to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Litig.*, MDL No. 2591 (J.P.M.L. 2014). If at the passage of ninety days the Judicial Panel on MDL has not yet determined to transfer the case, the court will *sua sponte* consider the propriety of extending the stay at that time.

**SO ORDERED** this, the 20th day of November, 2014.

               /s/ Jane M. Virden
               **UNITED STATES MAGISTRATE JUDGE**